# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-two,

| | |
|---|---|
| Receiver Jed Horwitt, Esq., | **ORDER** |
| Receiver-Appellee, | Docket No: 21-2247(L), 21-2245(CON) |
| Securities and Exchange Commission, | |
| Plaintiff, | |
| v. | |
| Flatiron Partners, LP, Neila Fortino, | |
| Claimants - Appellants, | |
| Mark J. Varacchi, Sentinel Growth Fund Management LLC, Radar Alternative Fund LP, Relief Defendant, Radar Alternative Master Fund SPC, Relief Defendant, | |
| Defendants. | |

Counsel for APPELLEE has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 4, 2022 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before March 4, 2022. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

